UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

A.R 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RAYMOND GRESHAM )
7060 EASTERN AVE. NW #216 )
WASHINGTON, DC 20012 )
(202) 439-8521 )
)

Plaintiff

vs

DIRK KEMPTHORNE., SECRETARY
U.S DEPARTMENT OF INTERIOR
NATIONAL PARK SERVICE
1849 C STREET NW
WASHINGTON D.C. 20240
Official capacity

Defendants

Case: 1:07-cv-00752
Assigned To : Robertson, James
Assign. Date : 4/24/2007
Description: GRESHAM v. KEMPTHORNE

## COMPLAINT FOR DEPRIVATION OF CIVIL RIGHTS, VIOLATION OF FIRST AND FIFTH AMENDMENT RIGHTS, RETALIATION FOR DECLARATORY JUDGMENT AND INJUNCTION AGAINST UNCONSTITUTIONAL DENIAL OF DUE PROCESS

Plaintiff Alleges:

### NATURE OF THE ACTION

1. This is an action in which Plaintiff seeks to have this Court declare unlawful and enjoin certain policies and practices of the Defendants, which Plaintiff alleges Tony Ashdown deprived him of his First Amendment Right to redress a grievance without retaliation; Management at the National Park Service subjected the Plaintiff to verbal abuse and harassment; and, the EEO Office deprived him of his right to due process according to the Fifth Amendment of the U.S. Constitution by not investigating the complaint within 180 days of filing the complaint.

The factual bases for this action are:

RECEIVED

MAR 12 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

(a) The Plaintiff reported two government employees (one white & one Vietnamese) for using government equipment and spending government time viewing porn sites on the internet to Tony Ashdown, his white Manager. Soon thereafter, Ashdown retaliated by sending the Plaintiff an e-mail with a death threat in it.

(b) The Plaintiff filed a complaint alleging retaliation and harassment with the EEO Office of the Department of Interior on March 31, 2006.

(c) The agency failed to investigate the Plaintiff's complaint within one hundred and eighty days (180), or by September 27, 2006.

(d) As such, the Interior Department and the National Park Service denied the Plaintiff his civil right to redress a grievance without retaliation by his Manager as guaranteed by the First Amendment; and, the (Plaintiff) was denied the process due him, an investigation within 180 days after his complaint was filed, as guaranteed by the Fifth Amendment of the U.S. Constitution.

## JURISDICTION

2. This Court has jurisdiction of this action by virtue of Title 28 Sec. 1343(a),(3) and 1343(a),(4), authorizing jurisdiction of claims bought under Title 42 Sec. 1983; (a) to enforce rights to redress a grievance as guaranteed by the First Amendment; (b) to enforce the right to due process of an investigation within 180 days as guaranteed under the Fifth Amendment of the United States Constitution; (c) to enforce the right to be free of reprisals for exercising his right to redress a grievance with the proper agencies, by virtue of Title 28 U.S.C. Sec. 1331. This action also seeks declaratory judgment pursuant to Title 28 Sec. 2201 and 2202.

3. Venue is proper in this Court because the acts complained of therein occurred within the District of Columbia.

## PARTIES

4. Raymond Gresham, the Plaintiff, is of African-American descent and resides at 7060 Eastern Avenue NW, #216, Washington DC 20012; and, is employed as a Supervisor with the National Park Service, of the Department of the Interior.

5. Dirk Kempthorne is the current Secretary of the U.S. Department of the Interior.

6. The National Park Service is an agency within the Department of the Interior.

## FACTUAL ALLEGATIONS

7. On November 7, 2005, to no avail, the Plaintiff complained to management at the National Park Service that the high lift provided by the agency was defective; and he could not perform his assigned duties with the faulty equipment.

8. The equipment was later deemed defective and tagged do not use by Rose Caper.

9. On November 21, 2005, the Defendant, thru its management personnel, harassed the Plaintiff about his work assignments, and questioned why he did not use the defective high lift.

10. On November 23, 2005, the Plaintiff informed management that Kerry Huffman (white) and Ben Nygen (Vietnamese) used the government's computer to view porn sites on government time; but, the Plaintiff was criticized by his white Manager Tony Ashdown for reporting the two (2) employees.

11. On November 29, 2005, on his office computer, Manager Tony Ashdown sent the Plaintiff an electronic e-mail with a picture of a dead snake on it, and a threatening message that stated: "this is what happens to snitches in the National Park Service."

12. The Plaintiff reported the incident to the Department of Interior's Office of Inspector General, to no avail.

13. On November 28, 2005, the National Park Service subjected the Plaintiff to additional harassment and verbal abuse; and, the Plaintiff submits that because of the short temporal sequence, the abuse was in retaliation for redressing his grievances about the defective high lift and the death threat to the proper agencies.

14. On March 31, 2006, the Plaintiff filed a complaint in the EEO Office of the National Park Service; with expectations of having an investigation of his complaint after a reasonable amount of time, 180 days.

15. As of September 27, 2006, the EEO Office had failed or refused to complete an investigation of the Plaintiff's complaint, as proscribed in Section 1614.108(e) of the Code of Federal Regulations; a violation of the Plaintiff's due process rights as guaranteed by the Fifth Amendment of the U.S. Constitution.

16. On January 29, 2007, the Plaintiff hand delivered a written demand to Joy Harris and an EEO Investigator, requesting an official dismissal of his complaint against the National Park Service and the Department of the Interior without a hearing. (Ex.A)

17. On Friday, February 2, 2007, the EEO Office at the Department of Interior objected to the request; and, informed the Plaintiff that that he must cooperate in the untimely investigation.

## CLAIMS

The Department of the Interior and the National Park Service violated the Plaintiff's guaranteed First Amendment right of: "Congress shall make no law respecting establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of a grievance."

The Department of the Interior and the National Park Service violated the Plaintiff's Fifth Amendment right of: "no person shall be deprived of life, liberty, or property without due process of law."

The Department of Interior and the National Park Service violated the Plaintiff's rights under Section 1614.108(e), of the Code of Federal Regulations, which requires the EEO investigate a complaint within 180 days of receipt of the same.

The EEO Office of the Department of the Interior and the National Park Service violated the Plaintiff's constitutional right to have an investigation of his EEO complaint within one hundred and eighty days of submitting the complaint, which expired on September 27, 2006.

a. Manager Tony Ashdown, white, threatened the Plaintiff, and harassed him in a vain effort to deprive him of his liberties to redress a grievance against two (2) employees for the inappropriate use of the government's computer on government time. Ashdown, by sending the Plaintiff a death threat, violated his (Plaintiff) First Amendment rights to redress a grievance, and his liberty to be free from reprisals by management for exercising said right.

b. The failure of the Department of Interior's EEO office to investigate the Plaintiff's complaint, filed in their office on March 31, 2006, within the required 180

period, or by September 27, 2006, violated C.F.R. 1614.108(e); and the due process clause of the Fifth Amendment of the U.S. Constitution.

c. The right of the Plaintiff to exercise his liberty to enjoy the pursuit of his lively hood without undo harassment and interference from management when he reports defective equipment to the proper authorities.

d. The right of the Plaintiff to redress a grievance, against two employees that misused government time and equipment (computer) to visit porn sites on the internet, without fear of reprisal and harassment from his white manager.

e. The right of the Plaintiff, according to the Fifth Amendment, to exercise his right to file a formal complaint with reasonable expectations that the complaint will be properly investigated within the required 180 day period without undo interference from Management.

f. The right of the Plaintiff to exercise his First Amendment right to redress his grievances to his Supervisor and Management without fear of harassment and retaliation.

g. The right of the Plaintiff to work in a safe environment, with safe equipment, without fear of being harassed and verbally abused by his supervisor and management for demanding his rights.

h The right of the Plaintiff to redress a grievance without his Manager, Tony Ashdown, white, threatening his life.

## PRAYER

WHEREFORE Plaintiff prays that this Court:

1. Assume jurisdiction of this action

2. Issue a temporary restraining order, a preliminary injunction, and a permanent injunction restraining Defendants and their employees, agents, and servants from harassing the Plaintiff.

3. Declare the Department of Interior and the National Park Service violated the Plaintiff's right to redress a grievance and due process, contrary to the First and Fifth Amendments of the Constitution of the United States, as set forth above;

4. Award Plaintiff his costs for filing this action, and damages for his medical expenses for receiving medical treatment for pain and sufferings, the emotional distress cause by these incidents, loss of time at work, pursuant to 42 U.S.C. Sec. 1988, and the laws of the District of Columbia; and

5 Enter such other and further relief as the Court deems just and proper.

Respectfully Submitted,

*[signature: Raymond Gresham]*

Raymond Gresham, pro se
7060 Eastern Ave. NW #216
Washington, DC, 20012
(202) 439-8521



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202) 419-0700
TTY (202) 419-0702
FAX (202) 419-0701

| | |
|---|---|
| Raymond Gresham,<br>　　Complainant,<br><br>　　　v.<br><br>Dirk Kempthorne,<br>Secretary,<br>Department of the Interior,<br>　　Agency. | EEOC No. 570-2007-00298X<br><br>Agency No. FNP-2006-058<br><br><br>Date: **February 16, 2007** |

## ORDER DISMISSING HEARING REQUEST

Notice is hereby given that the above captioned complaint is DISMISSED based on the Complainant's withdrawal of his complaint to file a civil action. A copy of the withdrawal letter is attached.

It is so ORDERED.

For the Commission:

_____
Andrew Culbertson
Supervisory Administrative Judge

(Ex A)

cc:

Mr. Raymond Gresham
7060 Eastern Avenue, NW
#216
Washington, DC 20012

Ms. Heidi Kunkel
By facsimile at (202) 371-1449

TO:    EEO

FROM:    RAYMOND GRESHAM

SUBJECT:    REQUEST FOR DISMISSAL

RE: FNP-2006-058
    P4217 (0008)

Dear Sir/Madam:

Pursuant to 1614.108(e) C.F.R., the investigation of a complaint must be held within 180 days of the filing date.

Because you have failed to investigate FNP-2006-058 within the required 180 days, I request a dismissal so that I can pursue this matter in US DISTRICT COURT.

Respectfully Submitted,

*[signature]*

Raymond Gresham
January 31, 2007

### I (a) PLAINTIFFS

Raymond Gresham

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **11001**
(EXCEPT IN U.S. PLAINTIFF CASES)

7060 Eastern Ave N.W. #216
Washington DC 20012

### DEFENDANTS

Dirk Kempthorne Secretary U.S. Dept of Interior National Park Service

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

N/A

Case: 1:07-cv-00752
Assigned To : Robertson, James
Assign. Date : 4/24/2007
Description: GRESHAM v. KEMPTHORNE

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

#### ☐ A. Antitrust
- ☐ 410 Antitrust

#### ☐ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

#### ☒ C. Administrative Agency Review
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes:
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

#### ☒ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>X<br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| --- | --- | --- | --- |
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☒ 5 Transferred from another district (specify) U.S. Equal From EEO Commission Office
☐ 6 Multi district Litigation
☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
EEO Complaint Transferred from U.S. Equal Employment Opportunity Commission

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

**DATE** 4/24/07   **SIGNATURE OF ATTORNEY OF RECORD** Rayme Gil

JTC

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

J:\forms\js-44.wpd