UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Raymond Gresham
7060 Eastern Ave N.W. #216
Washington D.C. 20012

VS.

Dirk Kempthorne, Secretary
U.S. Department of Interior
National Park Service
1849 C Street N.W.
Washington D.C. 20240

Case: 1:07-cv-00752
Assigned To : Robertson, James
Assign. Date : 4/24/2007
Description: GRESHAM v. KEMPTHORNE

MOTION FOR COURT APPOINTED COUNSEL
I can't afford one & I've tried and can't find anyone who will take my case

Raymond Gresham
Raymond Gresham
7060 Eastern Ave NW
#216
Washington D.C. 20012
Home #
(202) (202) 726-1262
Cell # (202) 439-8521

**RECEIVED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2