AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RAYMOND GRESHAM,

Plaintiff

SUMMONS IN A CIVIL CASE

V.

DIRK KEMPTHORNE, SECRETARY
U.S. DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

Defendants

CASE NUMBER: 07-0752 (JR)

TO: (Name and address of Defendant)

JEFFREY TAYLOR
U.S. ATTORNEY FOR DISTRICT OF COLUMBIA
555 4TH STREET NW
WASHINGTON, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF *PRO SE* (name and address)

RAYMOND GRESHAM, pro se
7060 EASTERN AVENUE NW #216
WASHINGTON, DC 20530
(202) 439-8521

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

SEP 2 1 2007

NANCY MAYER WHITTINGTON

NANCY MAYER-WHITTINGTON                     SEP 13 2007

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 09-19-2007/4:10 pm |
| NAME OF SERVER *(PRINT)*<br>Brandon Snesko | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant. Place where served:  555 4th St., NW
Washington, DC 20530

by serving Reginald Rowan as Legal Assistant

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

_____

_____

**G** Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09-20-2007

Signature of Server   Brandon A. Snesko

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington DC 20002**

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Same Day Process Service

# INVOICE

1322 Maryland Ave., NE
Washington, DC 20002
Phone 202.398.4200
Fax 202.398.1862

INVOICE #0000004769

DATE: SEPTEMBER 19, 2007

FEIN 14-1937022

**CLIENT BILLED:**

Raymond Gresham
7060 Eastern Ave., NW, #216
Washington, DC 20012

(202) 439-8521

**CASE INFORMATION:**
07-0752 (JR)

Plaintiff:
**Raymond Gresham**

Defendant:
**Dirk Kempthorne, Secretary, U.S. Department of the
Interior National Park Service**

Received: 09-19-2007    Completed: 09-19-2007

To be served on: Jeffrey Taylor, U.S. Attorney for District
of Columbia

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS |
|---|---|---|
|  |  | Due on 10-04-2007 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Process Service Fee | $75.00 | $75.00 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| Raymond Gresham (cash) | 09-19-2007 |  | $75.00 |

SUBTOTAL $75.00
SALES TAX $0.00
RETAINER PAID $75.00

TOTAL DUE $0.00

**COMMENTS OR SPECIAL INSTRUCTIONS:**

Make all checks payable to Same Day Process Service.
Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact:
Tony Snesko, 202-398-4200, samedayprocess@aol.com

**Thank you for your business!**

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.