# UNITED STATES DISTRICT COURT
## District of Columbia

RAYMOND GRESHAM,
7060 EASTERN AVENUE NW, #216
WASHINGTON, DC 20012
(202) 439-8521

                   Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

DIRK KEMPTHORNE, SECRETARY
U.S. DEPARTMENT OF INTERIOR
NATIONAL PARK SERVICE
1849 C STREET NW
WASHINGTON, DC 20240    Defendants

CASE NUMBER: 07-0752 (JR)

TO: (Name and address of Defendant)

NATIONAL PARK SERVICE
U.S. DEPARTMENT OF INTERIOR
1849 C STREET NW
WASHINGTON, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' pro se ~~[redacted]~~ (name and address)

RAYMOND GRESHAM, pro se
7060 EASTERN AVENUE NW #216
WASHINGTON, DC 20012
(202) 439-8521

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

SEP 2 1 2007

NANCY MAYER WHITTINGTON, CLERK

NANCY MAYER-WHITTINGTON        SEP 13 2007

CLERK                                     DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 09-19-2007/3:50 pm |
| NAME OF SERVER *(PRINT)* Brandon Snesko | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1849 C St., NW Washington, DC 20240
  by serving Tim Murphy as Attorney

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $37.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09-20-2007

*Signature of Server*  Brandon A. Snesko

Same Day Process Service
1322 Maryland Ave., NE
Washington DC 20002

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Same Day Process Service

# INVOICE

1322 Maryland Ave., NE
Washington, DC 20002
Phone 202.398.4200
Fax 202.398.1862

INVOICE #0000004771

DATE: SEPTEMBER 19, 2007

FEIN 14-1937022

**CLIENT BILLED:**

Raymond Gresham
7060 Eastern Ave., NW, #216
Washington, DC 20012

(202) 439-8521

CASE INFORMATION:
07-0752 (JR)

Plaintiff:
**Raymond Gresham**

Defendant:
**Dirk Kempthorne, Secretary, U.S. Department of the Interior National Park Service**

Received: 09-19-2007   Completed: 09-19-2007

To be served on: National Park Service, U.S. Department of Interior

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS |
|---|---|---|
| | | Due on 10-04-2007 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | 2nd Doc. Service / Same Location | $37.50 | $37.50 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| Raymond Gresham (cash) | 09-19-2007 | | $37.50 |

SUBTOTAL   $37.50
SALES TAX   $0.00
RETAINER PAID   $37.50

TOTAL DUE   $0.00

**COMMENTS OR SPECIAL INSTRUCTIONS:**

Make all checks payable to Same Day Process Service.
Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact:
Tony Snesko, 202-398-4200, samedayprocess@aol.com

**Thank you for your business!**

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# UNITED STATES DISTRICT COURT
## District of Columbia

RAYMOND GRESHAM,
7060 EASTERN AVENUE NW, #216
WASHINGTON, DC 20012
(202) 439-8521

        Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

DIRK KEMPTHORNE, SECRETARY
U.S. DEPARTMENT OF INTERIOR
NATIONAL PARK SERVICE
1849 C STREET NW
WASHINGTON, DC 20240    Defendants

CASE NUMBER: 07-0752 (JR)

TO: (Name and address of Defendant)

DIRK KEMPTHORNE, SECRETARY
U.S. DEPARTMENT OF INTERIOR
1849 C STREET NW
WASHINGTON, DC 20240

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' *pro se* (name and address)

RAYMOND GRESHAM, pro se
7060 EASTERN AVENUE NW #216
WASHINGTON, DC 20012
(202) 439-8521

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
SEP 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY MAYER-WHITTINGTON          SEP 13 2007

CLERK                                                     DATE

*(signature)*

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 09-19-2007/3:50 pm |
| NAME OF SERVER (PRINT) Brandon Snesko | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1849 C St., NW Washington, DC 20240
by serving Tim Murphy as Attorney

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09-20-2007        Signature of Server  Brandon A. Snesko

Same Day Process Service
1322 Maryland Ave., NE
Washington DC 20002

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Same Day Process Service

1322 Maryland Ave., NE
Washington, DC 20002
Phone 202.398.4200
Fax 202.398.1862

FEIN 14-1937022

**INVOICE**

INVOICE #0000004770

DATE: SEPTEMBER 19, 2007

**CLIENT BILLED:**

Raymond Gresham
7060 Eastern Ave., NW, #216
Washington, DC 20012

(202) 439-8521

**CASE INFORMATION:**
07-0752 (JR)

Plaintiff:
**Raymond Gresham**

Defendant:
**Dirk Kempthorne, Secretary, U.S. Department of the Interior National Park Service**

Received: 09-19-2007    Completed: 09-19-2007

To be served on: Dirk Kempthorne, Secretary, U.S. Department of Interior

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS |
|---|---|---|
| | | Due on 10-04-2007 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Process Service Fee | $75.00 | $75.00 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| Raymond Gresham (cash) | 09-19-2007 | | $75.00 |

SUBTOTAL   $75.00
SALES TAX   $0.00
RETAINER PAID   $75.00

TOTAL DUE   $0.00

**COMMENTS OR SPECIAL INSTRUCTIONS:**

Make all checks payable to Same Day Process Service.
Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact:
Tony Snesko, 202-398-4200, samedayprocess@aol.com

Thank you for your business!

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.