**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
RAYMOND GRESHAM,              :
                              :
        Plaintiff,            :
                              :
    v.                        :  Civil Action No. 07-0752 (JR)
                              :
DIRK KEMPTHORNE, Secretary, U.S. :
Department of Interior,       :
                              :
        Defendant.            :
```

**ORDER**

Plaintiff has not responded to defendant's motion to dismiss within the time prescribed by the Federal and Local Rules, or within the expanded time allowed by this court's order of November 27, 2007.  It is accordingly **ORDERED** that the motion to dismiss [9] is **granted as conceded**, and that this case is **dismissed**.  This is a final, appealable order.


                              JAMES ROBERTSON
                         United States District Judge